FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LESLIE VAN HOUTEN,<br><br>    Petitioner,<br><br>    v.<br><br>DAWN DAVISON,<br><br>    Respondent. | Case No. CV 07-05256 AG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections to the R&R, *de novo*. IT IS ORDERED that:

    1.    The R&R is approved and adopted with the following corrections:

- Page 5, line 4: "§ 2244(1)(d)(D)" is changed to "§ 2244(d)(1)(D)"
- Page 12, line 12: "(9th Cir. 2006)" is changed to "(9th Cir. 1996)"
- Page 15, n. 2: "*Artus*" is changed to "*Artuz*"

    2.    The Objections are overruled for the reasons set forth in the R&R;

    3.    Judgment shall be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: **MARCH 26**, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE