ENTER JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LESLIE VAN HOUTEN, | Case No. CV 07-05256 AG (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| DAWN DAVISON, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: MARCH 26, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY